EDDY HSU (BAR # 245390)
LAW OFFICE OF EDDY HSU
1900 SOUTH NORFOLK STREET, STE 350
SAN MATEO, CA 94403
(408) 625-1138, (408) 625-1139 FAX
Attorneys for Debtor,

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re:

ANTONIO C. CHACON,

    Debtors.

Case No. 10-32159 DM

Chapter 13

NOTICE OF DEBTOR'S MOTION FOR APPROVAL OF LOAN MODIFICATION; CERTIFICATE OF SERVICE

TO Bank of America, NA and all other interested parties:

NOTICE AND OPPORTUNITY FOR HEARING IS HEREBY GIVEN in accordance with Bankruptcy Local Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California that Debtor ANTONIO C. CHACON will move for an order approving loan modification offered by Bank of America, NA

The Motion shall be heard on 21-day notice. Any opposition to this motion, if necessary, shall be in writing and shall be served and filed with the court by the responding party at least fourteen (14) calendar days prior to the date or continued date of the hearing. Opposition shall be accompanied by evidence establishing factual allegations. Without good cause, no party shall be heard in opposition to a motion at oral argument if written opposition to the motion has not been timely filed.

**LAW OFFICE OF EDDY HSU**

Date: April 9, 2013      */s/ Eddy Hsu*
                                             Eddy Hsu
                                             Attorney for Debtor

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am employed in the County of San Mateo. I am over the age of 18 years and not a party to the within entitled action. My business address is 1900 S Norfolk St, Ste 350, San Mateo, CA 94403.

On today's date, I served the following documents:

1. MOTION FOR APPROVAL OF LOAN MODIFICATION
2. NOTICE OF DEBTOR'S MOTION TO APPROVAL OF LOAN MODIFICATION; CERTIFICATE OF SERVICE
3. DECLARATION OF ANTONIO C. CHACON IN SUPPORT OF DEBTOR'S MOTION TO APPROVAL LOAN MODIFICATION
4. EXHIBIT A

by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Mateo, California, to all parties entitled to receive regularly mailed notices, addressed as follows:

| **Debtors** | **Creditor** | |
| --- | --- | --- |
| Antonio Chacon | Bank of America, NA | BAC Home Loans Servicing, LP |
| 98 Shipley Ave | 100 North Tryon St | 400 National Way |
| Daly City, CA 94015 | Charlotte, NC 28202 | Mail Stop CA6-919-01-23 |
| | | Simi Valley, CA 93065 |

If the Chapter 13 Trustee is otherwise entitled to notice, he will receive such notice upon the electronic filing of the above-named document.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 9, 2013 at San Mateo, California.

            */s/ Eddy Hsu*
            Eddy Hsu